UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JEREMY M. WILLIAMS,

                    Petitioner,          NO.  CV-06-029-RHW

        vs.                              ORDER DISMISSING PETITION

SANDRA CARTER,

                    Respondent.

By Order filed June 30, 2006, the Court directed Mr. Williams to show cause why his petition should not be dismissed for failure to state cognizable habeas claims and as untimely under the federal habeas statute, 28 U.S.C. § 2244(d).  Petitioner was cautioned his failure to do so would result in dismissal of the petition.  Mr. Williams has filed nothing further in this action.  Accordingly, for the reasons set forth above and in the Court's previous Orders, **IT IS ORDERED** the Petition is **DISMISSED without prejudice.**

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner, and close the file.

    **DATED** this 17th day of August 2006.

                            *s/ Robert H. Whaley*

                            ROBERT H. WHALEY
                            CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2006\Williams\6cv29rhw-8-14-dishc.wpd

ORDER DISMISSING PETITION -- 1